

E-FILED
Thursday, 19 October, 2006  02:33:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DARRYL L. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  06-3228 |
| | ) | |
| JACKSONVILLE, IL POLICE DEPT., | ) | |
| MORGAN COUNTY CIRCUIT | ) | |
| COURT, MORGAN COUNTY | ) | |
| SHERIFF'S DEPT., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Plaintiff's Petition and Affidavit For Leave to Proceed In Forma Pauperis (d/e 1) (Petition), Motion to Appoint Counsel (d/e 2), Motion to Submitt [sic] Addition Evidence, Negeletc [sic] (d/e 3) (Motion to Submit Additional Evidence), and Motion to Amend Complaint (d/e 4) (Motion to Amend).  For the reasons set forth below, Plaintiff's Petition, Motion to Submit Additional Evidence, and Motion to Amend are denied, and Plaintiff's Motion to Appoint Counsel is denied as moot.

1

A federal court may authorize the commencement of a civil action without prepayment of fees "by a person who submits an affidavit that . . . the person is unable to pay such fees or give security" to initiate the action. 28 U.S.C. § 1915(a).  This ability is restricted, however, if the court determines that "the action . . . fails to state a claim upon which relief may be granted . . . ." 28 U.S.C. § 1915(e)(2)(B)(ii).  If the court determines that the action fails to state a claim upon which relief may be granted, it must dismiss the case.

Plaintiff Johnson's Complaint, attached to his Petition, does not state a claim upon which relief may be granted.  Specifically, the Complaint fails to include "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a).  This is true even considering the additional evidence proffered with Plaintiff's Motion to Submit Additional Evidence and his proposed amendment to the Complaint.  Therefore, Plaintiff's Petition is denied, and his Motion to Submit Additional Evidence and his Motion to Amend are denied as futile.

THEREFORE, Plaintiff's Petition and Affidavit For Leave to Proceed In Forma Pauperis (d/e 1), Motion to Submitt [sic] Addition Evidence, Negeletc [sic] (d/e 3), and Motion to Amend Complaint (d/e 4) are

DENIED.  His Motion to Appoint Counsel (d/e 2) is DENIED as moot.

This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:   October 18, 2006.

    FOR THE COURT:

                                    s/ Jeanne E. Scott
                                  JEANNE E. SCOTT
                      UNITED STATES DISTRICT JUDGE